

Wednesday, May 10, 2017

No. 17–0319/AR.  U.S. v. Eric A. Ramos–Cruz.  CCA 20150292.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER, IN A COURT–MARTIAL TRIED BY MILITARY JUDGE ALONE, THE MILITARY JUDGE ABUSED HIS DISCRETION BY GRANTING THE GOVERNMENT'S MOTION TO USE THE CHARGED SEXUAL MISCONDUCT FOR MILITARY RULE OF EVIDENCE 413 PURPOSES TO PROVE PROPENSITY TO COMMIT THE CHARGED SEXUAL MISCONDUCT.

No briefs will be filed under Rule 25.

No. 17–0393/AF.  U.S. v. Collin M. Lee.  CCA 38888.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 30, 2017.